**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00094-CR

———————————

## IN RE PHILIPPE RIVERA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Philippe Rivera, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court grant his petition and "issue a writ of mandamus directing [the trial court], to rule on [relator's] motion to

compel [his trial] attorney to produce [relator's] file and notify . . . relator . . . of the outcome of [the] ruling."[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying cases are *The State of Texas v. Philippe Rivera*, Cause No. 1170295 in the 179th District Court of Harris County, Texas, the Honorable Ana Martinez presiding.